IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jose Fremonde, et. al.,

      Plaintiffs,                    No. CIV S-03-1872 CMK

      vs.

Jo Anne B. Barnhart,
Commissioner of Social Security,

      Defendant

_____/      <u>ORDER</u>

      Plaintiffs brought this action seeking judicial review of the Commissioner of Social Security's decision that Jose Fremonde had been overpaid supplemental security income. On May 27, 2005, this court filed an order denying plaintiffs' motion for summary judgment and granting the Commissioner's cross motion for summary judgment. Plaintiffs have filed an appeal with the Ninth Circuit. Currently before the court are plaintiffs' motions to proceed in forma pauperis in their Ninth Circuit Appeal (doc. 37.) and plaintiffs' request for appointment of counsel. (Doc. 38.)

///

///

Plaintiff Jose Fremonde has filed an affadavit[1] in support of plaintiffs' motion to proceed in forma pauperis.  Plaintiff Jaun Fremonde has not filed an affidavit in support of the motion to proceed in forma pauperis.  Both parties to the suit must file affidavits in support of the motion to proceed in forma pauperis before such status can be granted.  Accordingly, plaintiff Juan Fremonde is directed to file an affidavit in support of the application to proceed in forma pauperis.

Plaintiffs' request for appointment of counsel for their appeal is more appropriately addressed by the Ninth Circuit Court of Appeals.  Accordingly, the request for counsel is denied without prejudice to reconsideration by the Ninth Circuit.

IT IS ORDERED THAT:

1. Plaintiff Juan Fremonde is directed to file an affidavit in support of the motion to proceed in forma pauperis within thirty days of service of this order and;

2. Plaintiffs' request for appointment of counsel (doc. 38) is denied without prejudice.

DATED:  August 8, 2005.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff Jose Fremonde has filed his affidavit on the Eastern District of California Form used by prisoners. However, as the form contains the relevant information, this is not a bar to his application.