IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jose Fremonde, et. al.,

      Plaintiffs,                  No. CIV S-03-1872 CMK

    vs.

Jo Anne B. Barnhart,
Commissioner of Social Security,

      Defendant.               <u>ORDER</u>

_____/

        On June 24, 2005, plaintiff filed a request for reconsideration of this Court's May 27, 2005 order in plaintiff's social security appeal[1] denying plaintiffs' motion for summary judgment and granting the Commissioner's cross motion for summary judgment. The court declines to reconsider its May 27, 2005 order.

        IT IS ORDERED that plaintiff's motion for reconsideration is denied.

Dated: August 8, 2005

                                          /s/   **CRAIG M. KELLISON**
                                          Craig M. Kellison
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Both parties consented to Magistrate jurisdiction.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26